IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOHN ALVIN FARGIS                                                                                    PLAINTIFF

v.                                         Case No. 1:21-cv-1051

OFFICER GILBERT, NARCOTICS
DIVISION, EL DORADO POLICE
DEPARTMENT, *et al.*                                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed September 9, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 36. Judge Bryant recommends that Defendants' Motion to Dismiss (ECF No. 28) be granted. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' Motion to Dismiss (ECF No. 28) is **GRANTED**. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 4th day of October, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge